**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| Randy Bradford, individually and of behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>-against-<br><br>Providence at Champions Apartments LLC,<br><br>                Defendant. | Case Number: 4:24-cv-04432<br><br>**<u>NOTICE OF SETTLEMENT</u>** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Radley Bradford ("Plaintiff") and Defendant Providence at Champions Apartments, LLC ("Defendant") have reached an agreement to fully and finally resolve the claims asserted in the above-referenced action. The parties have executed a written settlement agreement as of January 5, 2026. Under the terms of the agreement, the settlement resolves Plaintiff's individual claims with prejudice and the claims of the putative class without prejudice. In light of this development, the parties respectfully request that the Court vacate any deadlines in this matter to allow the parties to complete the settlement process and submit a formal request for dismissal.

Dated: January 9, 2026                Respectfully submitted,

                **KAZEROUNI LAW GROUP, APC**

                By: */s/ Ross Schmierer*
                Ross H. Schmierer, Esq.
                (Admitted *Pro hac Vice*)
                48 Wall Street, Suite 1100
                New York, NY 10005
                Phone: (800) 400-6808
                Facsimile: (800) 520-5523
                ross@kazlg.com
                *Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 9, 2026, I was caused to file the foregoing document electronically using the Court's electronic case filing (ECF) system, which will automatically send a notice of electronic filing to the email addresses of all counsel of record.

<u>*/s/ Ross Schmierer*</u>
Ross Schmierer, Esq.