United States District Court
Southern District of Texas
**ENTERED**
January 12, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **RANDY BRADFORD, individually and on behalf of all others similarly situated,** | § § § § | |
| *Plaintiff,* | § | |
| VS. | § | CIVIL ACTION NO. 4:24-cv-04432 |
| | § | |
| **PROVIDENCE AT CHAMPIONS APARTMENTS LLC,** | § § § | |
| *Defendant.* | § § | |

## CONDITIONAL ORDER OF DISMISSAL

Parties notified the Court that they have settled the instant case. The above captioned case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within sixty (60) days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** sixty (60) days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 9th of January, 2026.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE