UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Randy Bradford, individually and of behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>-against-<br><br>Providence at Champions Apartments LLC,<br><br>     Defendant. | Case Number: 4:24-cv-04432<br><br>**STIPULATION OF DISMISSAL** |

  Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), this action, inclusive of all claims asserted by Randy Bradford individually against defendant Providence at Champions Apartments LLC, be, and the same hereby are, dismissed in their entirety with prejudice, with each party bearing its own fees and costs. All claims of the putative class are hereby dismissed without prejudice.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **KAZEROUNI LAW GROUP, A.P.C.** | **QUADROS, MIGL & CROSBY PLLC** |
| By: /s/ Ross H. Schmierer w.p.<br>Ross H. Schmierer, Esq.<br>48 Wall Street, Suite 1100<br>New York, NY 10005<br>(800) 400-6808 | By: /s/ Shannon A.S. Quadros<br>Shannon A.S. Quadros<br>509 Branard St.<br>Houston, Texas 77006<br>(713) 300-9662 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |